1.

**ANTHONY L. VELASQUEZ, ESQ.**
575 Rt. 70, 2nd Floor
P.O. Box 1030
Brick, New Jersey 08723
(t) 732-903-1966; (f) 732-416-7861
Attorney for Secured Creditor
Trystone Capital Assets, LLC

**Order Filed on March 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

InRe:

Case No. 16-19943-VFP

PARADIGM EVERGREEN, LLC

Chapter 11

Debtor(s).

### CONSENT ORDER ON MOTION FOR STAY RELIEF

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: March 15, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: PARADIGM EVERGREEN, LLC
Case No: 16-19943-VFP
Caption of Order: CONSENT ORDER ON MOTION FOR STAY RELIEF

This matter having been opened to the Court by Anthony L. Velasquez, Esq., attorney for Creditor, Trystone Capital Assets, LLC, ("Creditor") for a Consent Order Resolving Creditor's Motion for Relief from the Automatic Stay, and for good cause appearing:

It is on this ___ day of _____, 2018, hereby ORDERED that:

a. Creditor's Motion for Relief from the Automatic Stay is hereby withdrawn.

b. Creditor is granted an Administrative Claim of $500.00 for the necessity of filing this motion for stay relief.

The undersigned hereby consent to the form and entry of the foregoing Order.

_____
Anthony L. Velasquez, Esq.
Attorney for Creditor
Trystone Capital Assets, LLC

tMO lfauer, Esq.
Attorney for Debtor
Paradigm Evergreen, Esq.

2